UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE IMANT KOTSINSH,<br><br>    Debtor. | Case No.: 12-CV-4067-LHK<br><br>ORDER TO FILE STATUS UPDATE |

    On August 2, 2012, Plaintiff filed a motion "to withdraw reference." ECF No. 1. There have been no further filings or proceedings in this case. Plaintiff is hereby ordered to file a joint status report by April 14, 2014 at noon advising the Court of the status of this case. If no response is filed, this case will be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 9, 2014

                                        *Lucy H. Koh*
                                        _____
                                        LUCY H. KOH
                                        United States District Judge

1