UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE IMANT KOTSINSH,<br><br>　　　　Debtor. | Case No.: 12-CV-4067-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE |

　　On August 2, 2012, Plaintiff filed a motion "to withdraw reference." ECF No. 1. Because there had been no further filings or proceedings in this case, Plaintiff was ordered on April 9, 2014 to file a status report by April 14, 2014 at noon advising the Court of the status of this case. ECF No. 2. The Court advised that if no response was filed, this case would be dismissed with prejudice for failure to prosecute. *Id.* No response has been filed as of April 16, 2014. Accordingly, this case is dismissed with prejudice for failure to prosecute. The clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: April 16, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-4067
ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE