UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE IMANT KOTSINSH,<br><br>     Debtor. | Case No.: 12-CV-04067-LHK<br><br>ORDER VACATING PREVIOUS ORDERS |

The Court hereby vacates its two previous orders, ECF Nos. 2 & 3, because they were not mailed to the pro se Plaintiff in this case.

**IT IS SO ORDERED.**

Dated: April 17, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-04067
ORDER VACATING PREVIOUS ORDERS