UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE IMANT KOTSINSH,<br><br>    Debtor. | Case No.: 12-CV-4067-LHK<br><br>ORDER TO FILE STATUS UPDATE |

On August 2, 2012, Plaintiff filed a motion "to withdraw reference." ECF No. 1. Because there have been no further filings or proceedings in this case, Plaintiff is ordered to file a status report by May 2, 2014 at noon advising the Court of the status of this case. If no response is filed, this case will be dismissed with prejudice for failure to prosecute. *Id.*

**IT IS SO ORDERED.**

Dated: April 17, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-4067
ORDER TO FILE STATUS UPDATE