United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE IMANT KOTSINSH,<br><br>　　　　Debtor. | ) Case No.: 12-CV-4067-LHK<br>)<br>) ORDER DISMISSING CASE WITH<br>) PREJUDICE FOR FAILURE TO<br>) PROSECUTE<br>) |

　　On August 2, 2012, Plaintiff filed a motion "to withdraw reference." ECF No. 1. Because there had been no further filings or proceedings in this case, Plaintiff was ordered on April 17, 2014 to file a status report by May 2, 2014 at noon advising the Court of the status of this case. ECF No. 5. The Court advised that if no response was filed, this case would be dismissed with prejudice for failure to prosecute. *Id.* No response has been filed as of May 7, 2014. Accordingly, this case is dismissed with prejudice for failure to prosecute. The clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: May 7, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-4067
ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE